**FILED**

JAN 21 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF TEXAS
_San Antonio_ DIVISION

_Pedro Jimenez 555539_
**Plaintiff's Name and ID Number**

_BCADC (Jail)_
**Place of Confinement**

CASE NO. **SA21CA0064 OG**
(Clerk will assign the number)

v.

_Sheriff Javier Salazar_
_200 N Comal_
_San Antonio, TX 78207_
**Defendant's Name and Address**

_Chief Walker 200 N Comal S.A. TX 78207_
**Defendant's Name and Address**

_____
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus a administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __N/A__

        2. Parties to previous lawsuit:

          Plaintiff(s) __N/A__

          Defendant(s) __N/A__

        3. Court: (If federal, name the district; if state, name the county.) __N/A__

        4. Cause number: __N/A__

        5. Name of judge to whom case was assigned: __N/A__

        6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__

        7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: Bexar County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   X YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Pedro Jimenez 555539 (CH04)
200 N. Comal
San Antonio Texas 78207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sheriff Javier Salazar
200 N. Comal / San Antonio, TX 78207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Neglect to follow CDC Protocall

Defendant #2: Cheif Walker
Neglect to follow CDC Protocall  200 N Comal S.A TX 78207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Neglect to follow CDC Protocall

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

My name is Pedro Jimenez #555539 unit CH04 My Complaint is on the neglect of duty from admnistration. I have been exposed and due to the neglect of sheriff Salazar, I have contracted Covid while in the custody of sheriff salazar and Chief Walker The facility they control and are responsible for is and remains unsanitary leaving the jail vunerable to transmission of Covid 19 virus.
- See attached statment - (#1)°

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Request Relief of the lumpsum of $750,000.⁰⁰ for Loose of smell, taste, and Mental angueash.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Pete Jimenez

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
0513 7684, 1511725,

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied?  ___YES  ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✗ N

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 1-2-21
DATE

Pedro Jimenez

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  02  day of  Jan , 20 21 .
         (Day)              (month)         (year)

Pedro Jimenez

(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.



## — Complaint —

They have neglected to provide inmates with the proper PPE and cleaning supplies to ensure proper sterilization. There are times unit deputies fail to follow protocal when passing out trays and sterilizing the living units. Officers wear their protective mask at their own discreation. Sheriff Salazar is in charge of every deputy employed and responsible for the safety and security of every inmate in this Jail. Once this pandemic erupted Protocal was given to TDCJ from CDC to be shared with every warden and sheriff in this Country. Sheriff Salazar knew what needed to be done and should have informed Cheif Walker in turn share with employees at the lower level. The Cheif is suppose to ensure deputies are fulfilling their duties. Sheriff Salazar is well aware of how this virus spreads and how fatal it can be. Sheriff Salazar is also well aware that this virus can last on certain surfaces for up to 30 days. The upper ranking offices (i.e. sheriff Salazar Chief walker) are cleand by highly trained Custodal technicians brought in by an outside entity. The lower ranking offices (Pickets and Heavly populated areas) such as day room and inmate living units (Cells) are to be maintained by inmates

#3

## - Complaint -

Neither Sheriff Salazar or Cheif Walker have lower ranking deputies that specialize in this type of sanitation technique that can instruct inmates in the proper method in which to prevent further transmission of this deadly virus. Being as thou we are in a pandemic nothing is being done to protect our safety and well being. I and many others inmates have caught Covid in here (BCADC) because of this neglect. When we are first arrested we are tested and placed in quarantine for 7-14 days. The quarantine Pods have Cells that havent been sanitized from the last inmate. Most of the time the Pods have No Chemicals available to sanitize when we (Inmates) need them. Since the Jail is Mostly on lockdown from outsiders the spread still has been large due to lack of Sanitation and from deputies and other staff coming to work sick thus infecting the Jail population; Sheriff Salazar or Cheif Walker nor his deputies have ensured our safety or health as a priority because we are housed here on an allegation of a Crime and our guilt hasnt been proven in Court yet we are forced to live in Conditions that can be fatal. The safety, Health and overall well being is dilliberately being ingnored because of our status.

Date: 1/2/21

Truth + Respect

Pedro Jimenez